| Fill in this information to identify your case and this filing: | |
|---|---|
| Debtor 1 | **Reynaldo**     **D**     **Vinluan** <br> First Name    Middle Name    Last Name |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | **WESTERN DIST. OF WASHINGTON** |
| Case number <br> (if known) | **17-14070** |

☑ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property      12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?
   - ☐ No. Go to Part 2.
   - ☑ Yes. Where is the property?

1.1.
**Residence**
Street address, if available, or other description
**303 23rd Ave S.**

**Seattle**     **WA**     **98144**
City     State     ZIP Code

**King**
County

**Appraisal for valuation**

**What is the property?**
Check all that apply.
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☑ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?**
Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: **872663056002**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**     **Current value of the portion you own?**
**$391,000.00**     **$391,000.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee Simple**

☐ Check if this is community property
(see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here................................................. →     **$391,000.00**

**Part 2: Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles
   - ☐ No
   - ☑ Yes

Official Form 106A/B     **Schedule A/B: Property**     page 1

Case 17-14070-CMA    Doc 11    Filed 10/16/17    Ent. 10/16/17 12:38:30    Pg. 1 of 17

Debtor 1  **Reynaldo D Vinluan**     Case number (if known) **17-14070**

**3.1.**
Make: **Audi**
Model: **A4**
Year: **2011**
Approximate mileage: **155,000**
Other information:
**2011 Audi A4 (approx. 155000 miles)**

**Who has an interest in the property?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $3,830.00 | $3,830.00 |

**4.  Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
☑ No
☐ Yes

**5.  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here............................................................** → **$3,830.00**

### Part 3: Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?** Do not deduct secured claims or exemptions.

**6.  Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
☑ Yes. Describe..... **Household Goods and Furnishings**     **$4,499.00**

**7.  Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
☑ Yes. Describe..... **Electronic Devices -including but not limited to: laptipo, desktop, 2 monitors, bose speakers, google wifi router, amazon edcho, smartphone, lenovo tablet, and amazon kindle.**     **$1,520.00**

**8.  Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
☑ No
☐ Yes. Describe.....

**9.  Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
☑ No
☐ Yes. Describe.....

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
☑ No
☐ Yes. Describe.....

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
☑ Yes. Describe..... **Clothes and wearing apparel**     **$2,350.00**

Debtor 1   **Reynaldo D Vinluan**   Case number (if known) **17-14070**

**12. Jewelry**
  *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
  ☐ No
  ☑ Yes. Describe..... **1 Tiffany silver ring $299; 1 watch $50**                              **$349.00**

**13. Non-farm animals**
  *Examples:* Dogs, cats, birds, horses
  ☑ No
  ☐ Yes. Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**
  ☑ No
  ☐ Yes. Give specific information.............

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here...........................................................................** →   **$8,718.00**

## Part 4: Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**16. Cash**
  *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
  ☐ No
  ☑ Yes..................................................................................................................... Cash: ........................   **$300.00**

**17. Deposits of money**
  *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
  ☐ No
  ☑ Yes...........................   Institution name:

  17.1.   Checking account:   **Checking account**
                              **Chase Bank**
                              **Acct# xxxxx1652**                                                     **$84.39**

  17.2.   Other financial account:   **Other financial account**
                                    **TD Ameritrade**
                                    **Acct#xxxx7663**                                                **$319.59**

**18. Bonds, mutual funds, or publicly traded stocks**
  *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
  ☑ No
  ☐ Yes...........................   Institution or issuer name:

Debtor 1 **Reynaldo D Vinluan**  Case number (if known) **17-14070**

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☑ Yes. Give specific information about them..........

Name of entity: % of ownership:

**100% ownership in RDV Title, LLC**
**Service Business with on a bill per service basis**

**Only asset is checking account**
**Chase Bank**
**business Acct - RDV Title, LLC**
**Acct# xxxxx8073**  **$74.22**

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific information about them..........  Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
☑ Yes. List each account separately.  Type of account: Institution name:

Retirement account: **Retirement account**
**Carmax Inc. Retirement Savings Plan Account**
**T. Rowe Price**  **$725.47**

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes..........  Institution name or individual:

**23. Annuities** (A contract for a specific periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes..........  Issuer name and description:

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes..........  Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c)

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Give specific information about them

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific information about them

Debtor 1 **Reynaldo D Vinluan**      Case number (if known) __17-14070__

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
- ☒ No
- ☐ Yes. Give specific information about them      _____

**Money or property owed to you?**      **Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**
- ☒ No
- ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years......................

Federal: _____
State: _____
Local: _____

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
- ☒ No
- ☐ Yes. Give specific information

Alimony: _____
Maintenance: _____
Support: _____
Divorce settlement: _____
Property settlement: _____

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
- ☒ No
- ☐ Yes. Give specific information      _____

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
- ☒ No
- ☐ Yes. Name the insurance company of each policy and list its value................ Company name:    Beneficiary:    Surrender or refund value:

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died
- ☒ No
- ☐ Yes. Give specific information      _____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue
- ☒ No
- ☐ Yes. Describe each claim........      _____

Debtor 1  **Reynaldo D Vinluan**　　　　　　　　　　　　　　　　　Case number (if known)　**17-14070**

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☐ No
☑ Yes. Describe each claim........ **Potential Lawsuit to quiet title against Ocwen Loan Servicing, LLC, and LCS Financial Services, Corp re 2nd position HELOC loan on the residence located at 303 23rd Ave S, Apt# 606, Seattle, WA 98144. The loan was not been paid in more than 6 years and has been charged off. Debtors believe the loan is beyond the statute of limitations ( See RCW 7.28.30).**　　　　**$0.00**

**35. Any financial assets you did not already list**

☑ No
☐ Yes. Give specific information

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here..................................................................** → **$1,503.67**

### Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

**37. Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.
☐ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**

☑ No
☐ Yes. Describe..

**39. Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No
☐ Yes. Describe..

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes. Describe..

**41. Inventory**

☑ No
☐ Yes. Describe..

**42. Interests in partnerships or joint ventures**

☑ No
☐ Yes. Describe..... Name of entity:　　　　　　　　　　　　　% of ownership:

**43. Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?
　　☐ No
　　☐ Yes. Describe.....

Debtor 1   **Reynaldo D Vinluan**                              Case number (if known)   **17-14070**

**44. Any business-related property you did not already list**

☑ No
☐ Yes. Give specific information.

**45.** Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here................................................................................................ → **$0.00**

### Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**47. Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

☑ No
☐ Yes....

**48. Crops--either growing or harvested**

☑ No
☐ Yes. Give specific information................

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes....

**50. Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes....

**51. Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes. Give specific information................

**52.** Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here........................................................................................ → **$0.00**

### Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

**53. Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☑ No
☐ Yes. Give specific information.

**54.** Add the dollar value of all of your entries from Part 7. Write that number here............................................ → **$0.00**

Official Form 106A/B                         **Schedule A/B: Property**                         page 7
Case 17-14070-CMA    Doc 11    Filed 10/16/17    Ent. 10/16/17 12:38:30    Pg. 7 of 17

Debtor 1  **Reynaldo D Vinluan**  Case number (if known) **17-14070**

## Part 8: List the Totals of Each Part of this Form

**55.** **Part 1: Total real estate, line 2**.................................................................................................... →     **$391,000.00**

**56.** **Part 2: Total vehicles, line 5**     **$3,830.00**

**57.** **Part 3: Total personal and household items, line 15**     **$8,718.00**

**58.** **Part 4: Total financial assets, line 36**     **$1,503.67**

**59.** **Part 5: Total business-related property, line 45**     **$0.00**

**60.** **Part 6: Total farm- and fishing-related property, line 52**     **$0.00**

**61.** **Part 7: Total other property not listed, line 54** +     **$0.00**

**62.** **Total personal property.** Add lines 56 through 61.................. **$14,051.67**     Copy personal property total → +     **$14,051.67**

**63.** **Total of all property on Schedule A/B.** Add line 55 + line 62................................................................. **$405,051.67**

| **Fill in this information to identify your case:** | |
|---|---|
| Debtor 1 | **Reynaldo** First Name    **D** Middle Name    **Vinluan** Last Name |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | **WESTERN DIST. OF WASHINGTON** |
| Case number (if known) | **17-14070** |

☑ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property 12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

1. **Do any creditors have claims secured by your property?**
   - ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below.

## Part 1: List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|

**2.1**

**IRS**
Creditor's name
**Centralized Insolvency Operation**
Number    Street
**PO Box 7346**

**Philadelphia**    **PA**    **19101-7346**
City           State    ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Date debt was incurred**    **12/31/2008**

**Tax lien - Recording # 20110628000605**

**Describe the property that secures the claim:**

**Residence**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☑ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **1040 Taxes**

**Last 4 digits of account number** ___ ___ ___ ___

$10,155.74      $391,000.00

---

**Add the dollar value of your entries in Column A on this page. Write that number here:**     **$10,155.74**

Official Form 106D     Schedule D: Creditors Who Have Claims Secured by Property     page 1

| Debtor 1 | Reynaldo D Vinluan | | Case number (if known) | 17-14070 | |
|---|---|---|---|---|---|

**Part 1: Additional Page**
After listing any entries on this page, number them sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|

### 2.2

**IRS**
Creditor's name
**Centralized Insolvency Operation**
Number   Street
**PO Box 7346**

**Philadelphia    PA    19101-7346**
City           State    ZIP Code

**Describe the property that secures the claim:** $18,625.21   $391,000.00

**Residence**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☑ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
     **1040 Taxes**

**Date debt was incurred    12/31/2007**    **Last 4 digits of account number** ___ ___ ___ ___

**Recorded Lien# 20090623000717**

### 2.3

**IRS**
Creditor's name
**Centralized Insolvency Operation**
Number   Street
**PO Box 7346**

**Philadelphia    PA    19101-7346**
City           State    ZIP Code

**Describe the property that secures the claim:** $4,412.15   $391,000.00

**Residence**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☑ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
     **1040 Taxes**

**Date debt was incurred    12/31/2010**    **Last 4 digits of account number** ___ ___ ___ ___

**Add the dollar value of your entries in Column A on this page. Write that number here:**    **$23,037.36**

Official Form 106D    **Additional Page of Schedule D: Creditors Who Have Claims Secured by Property**    page 2

Debtor 1 **Reynaldo D Vinluan**     Case number (if known) **17-14070**

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|

**Part 1:** Additional Page
After listing any entries on this page, number them sequentially from the previous page.

---

**2.4**

**IRS**
Creditor's name
**Centralized Insolvency Operation**
Number  Street
**PO Box 7346**

**Philadelphia**  **PA**  **19101-7346**
City  State  ZIP Code

**Describe the property that secures the claim:**
**Residence**

Column A: **$1,896.84**  Column B: **$391,000.00**  Column C: _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☒ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)
**1040 Taxes**

**Date debt was incurred** **12/31/2009**  **Last 4 digits of account number** ___ ___ ___ ___

---

**2.5**

**IRS**
Creditor's name
**Centralized Insolvency Operation**
Number  Street
**PO Box 7346**

**Philadelphia**  **PA**  **19101-7346**
City  State  ZIP Code

**Describe the property that secures the claim:**
**Residence**

Column A: **$39,140.08**  Column B: **$391,000.00**  Column C: **$15,343.02**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☒ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)
**1040 Taxes**

**Date debt was incurred** **12/31/2006**  **Last 4 digits of account number** ___ ___ ___ ___

---

**Add the dollar value of your entries in Column A on this page. Write that number here:**  **$41,036.92**

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|

Debtor 1: **Reynaldo D Vinluan**  Case number (if known) **17-14070**

**Part 1:** Additional Page
After listing any entries on this page, number them sequentially from the previous page.

---

**2.6**

**IRS**
Creditor's name
**Centralized Insolvency Operation**
Number    Street
**PO Box 7346**

**Philadelphia     PA    19101-7346**
City            State    ZIP Code

**Describe the property that secures the claim:** **Residence**

Column A: **$21,824.12**    Column B: **$391,000.00**    Column C: **$21,824.12**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☑ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
**1040 Taxes**

Date debt was incurred **12/31/2013**    Last 4 digits of account number ___  ___  ___  ___

---

**2.7**

**LCS Financial Services Corporation**
Creditor's name
**6782 S. Potomac St**
Number    Street
**Suite 100**

**Centennial        CO    80111**
City            State    ZIP Code

**Describe the property that secures the claim:** **Residence**

Column A: **$108,000.00**    Column B: **$391,000.00**    Column C: _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ ==Disputed==

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
**HELOC**

Date debt was incurred **2007**    Last 4 digits of account number **1  0  8  8**

**Disputed - Loans has been charged off and the Debtor believes is may be uncollectible under a statute of limitations and he may be able to quiet title - See RCW 7.28.300.**

---

**Add the dollar value of your entries in Column A on this page. Write that number here:**    **$129,824.12**

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|
| Debtor 1 | **Reynaldo D Vinluan** | Case number (if known) **17-14070** | | |

**Part 1:** Additional Page

After listing any entries on this page, number them sequentially from the previous page.

**2.8**

**Ocwen Loan Servicing, LLC**
Creditor's name
**Attn: Research/Bankruptcy**
Number    Street
**1661 Worthington Rd Ste 100**

**West Palm Bch    FL    33409**
City             State    ZIP Code

**Describe the property that secures the claim:**

**Residence**

$224,113.00         $391,000.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **Real Estate Specific Type Unknown**

Date debt was incurred    **12/12/2006**     Last 4 digits of account number    **6   9   6   0**

**Add the dollar value of your entries in Column A on this page. Write that number here:**                                         **$224,113.00**

**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:**                    **$428,167.14**

Official Form 106D        Additional Page of Schedule D: Creditors Who Have Claims Secured by Property        page 5

Case 17-14070-CMA    Doc 11    Filed 10/16/17    Ent. 10/16/17 12:38:30    Pg. 13 of 17

Debtor 1     **Reynaldo D Vinluan**                                        Case number (if known)   **17-14070**

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1.  For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here.  Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here.  If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

| 1 | **Ocwen Loan Servicing LLC** | On which line in Part 1 did you enter the creditor? | **2.7** |
|---|---|---|---|
|   | Name |   |   |
|   | **PO Box 24738** | Last 4 digits of account number | ___ ___ ___ ___ |
|   | Number    Street |   |   |
|   |   |   |   |
|   | **West Palm Beach**         **FL**    **33416-4738** |   |   |
|   | City                        State   ZIP Code |   |   |

Official Form 106D        **Part 2 of Schedule D: Creditors Who Have Claims Secured by Property**        page 6

Case 17-14070-CMA    Doc 11    Filed 10/16/17    Ent. 10/16/17 12:38:30    Pg. 14 of 17

Debtor 1  **Reynaldo**  **D**  **Vinluan**
First Name  Middle Name  Last Name

Debtor 2
(Spouse, if filing)  First Name  Middle Name  Last Name

United States Bankruptcy Court for the:  **WESTERN DIST. OF WASHINGTON**

Case number  **17-14070**
(if known)

☑ Check if this is an amended filing

Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.**

## Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)

   1a. Copy line 55, Total real estate, from Schedule A/B............................................................  **$391,000.00**

   1b. Copy line 62, Total personal property, from Schedule A/B.................................................  **$14,051.67**

   1c. Copy line 63, Total of all property on Schedule A/B...........................................................  **$405,051.67**

## Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D.....  **$428,167.14**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F....................  **$39,978.87**

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F..........  **+ $27,947.32**

   **Your total liabilities**  **$496,093.33**

## Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of Schedule I..................................................  **$3,763.96**

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of Schedule J...........................................................  **$3,678.88**

Debtor 1   Reynaldo D Vinluan                                 Case number (if known)   17-14070

## Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   ☑ Yes

7. **What kind of debt do you have?**

   ☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income:*** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14. | $2,939.38

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:***

   **Total claim**

   **From Part 4 on *Schedule E/F,* copy the following:**

   9a. Domestic support obligations. (Copy line 6a.) | $0.00

   9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $39,978.87

   9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $0.00

   9d. Student loans. (Copy line 6f.) | $0.00

   9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $0.00

   9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $0.00

   9g. **Total.** Add lines 9a through 9f. | $39,978.87

| **Fill in this information to identify your case:** | |
|---|---|
| Debtor 1 | **Reynaldo** **D** **Vinluan** |
| | First Name / Middle Name / Last Name |
| Debtor 2 (Spouse, if filing) | |
| | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | **WESTERN DIST. OF WASHINGTON** |
| Case number (if known) | **17-14070** |

☑ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules 12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Reynaldo D Vinluan**            X _____
Reynaldo D Vinluan, Debtor 1               Signature of Debtor 2

Date **10/16/2017**                     Date _____
MM / DD / YYYY                          MM / DD / YYYY

Official Form 106Dec        Declaration About an Individual Debtor's Schedules        page 1

Case 17-14070-CMA    Doc 11    Filed 10/16/17    Ent. 10/16/17 12:38:30    Pg. 17 of 17