| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Reynaldo** **D** **Vinluan** |
| | First Name  Middle Name  Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name  Middle Name  Last Name |
| United States Bankruptcy Court for the: | **WESTERN DIST. OF WASHINGTON** |
| Case number (if known) | **17-14070** |

☑ Check if this is an amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt          04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?**   *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**Residence**<br>**Zillow.com valuation**   *See Attached*<br>**Parcel: 872663056002**    *Ex A.*<br>Line from *Schedule A/B*: **1.1** | $481,519.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code. § 6.13.030 |
| Brief description:<br>**2011 Audi A4 (approx. 155000 miles)**<br>**(1st exemption claimed for this asset)**<br>Line from *Schedule A/B*: **3.1** | $3,830.00 | ☑ $3,250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code. § 6.15.010(1)(c)(iii) |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

Official Form 106C            Schedule C: The Property You Claim as Exempt            page 1

## Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from Schedule A/B | Check only one box for each exemption | |
| Brief description:<br>**2011 Audi A4 (approx. 155000 miles) (2nd exemption claimed for this asset)**<br>Line from Schedule A/B: __3.1__ | $3,830.00 | ☑ $580.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code. § 6.15.010(1)(c)(ii) |
| Brief description:<br>**Household Goods and Furnishings**<br>Line from Schedule A/B: __6__ | $4,499.00 | ☑ $4,499.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code. § 6.15.010(1)(c)(i) |
| Brief description:<br>**Electronic Devices -including but not limited to:**<br>**laptipo, desktop, 2 monitors, bose speakers, google wifi router, amazon edcho, smartphone, lenovo tablet, and amazon kindle.**<br>Line from Schedule A/B: __7__ | $1,520.00 | ☑ $1,520.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code. § 6.15.010(1)(c)(i) |
| Brief description:<br>**Clothes and wearing apparel**<br>Line from Schedule A/B: __11__ | $2,350.00 | ☑ $2,350.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code. § 6.15.010(1)(a) |
| Brief description:<br>**1 Tiffany silver ring $299; 1 watch $50**<br>Line from Schedule A/B: __12__ | $349.00 | ☑ $349.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code. § 6.15.010(1)(a) |
| Brief description:<br>**cash on hand**<br>Line from Schedule A/B: __16__ | $300.00 | ☑ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code. § 6.15.010(1)(c)(ii) |
| Brief description:<br>**Checking account**<br>**Chase Bank**<br>**Acct# xxxxx1652**<br>Line from Schedule A/B: __17.1__ | $84.39 | ☑ $84.39<br>☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code. § 6.15.010(1)(c)(ii) |
| Brief description:<br>**Other financial account**<br>**TD Ameritrade**<br>**Acct#xxxx7663**<br>Line from Schedule A/B: __17.2__ | $319.59 | ☑ $319.59<br>☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code. § 6.15.010(1)(c)(ii) |

Debtor 1   **Reynaldo D Vinluan**   Case number (if known) **17-14070**

## Part 2: Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**100% ownership in RDV Title, LLC**<br>**Service Business with on a bill per service basis**<br><br>**Only asset is checking account**<br>**Chase Bank**<br>**business Acct - RDV Title, LLC**<br>**Acct# xxxxx8073**<br>Line from *Schedule A/B*: **19** | $74.22 | ☑ $74.22<br>☐ 100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code. § 6.15.010(1)(c) (ii)** |
| Brief description:<br>**Retirement account**<br>**Carmax Inc. Retirement Savings Plan**<br>**Account**<br>**T. Rowe Price**<br>Line from *Schedule A/B*: **21** | $725.47 | ☑ $725.47<br>☐ 100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code. § 6.15.020(3)** |


CORRECT HOME FACTS ♡ SAVE ✉ SHARE MORE ▾   ⬈ EXPAND ✕ CLOSE

Public View    Owner View    Washington · Seattle · 98144 · Judkins Park · 303 23rd Ave S APT 606

# 303 23rd Ave S APT 606 Seattle, WA 98144

1 bed · 1 bath · 670 sqft

**OFF MARKET**

Zestimate®: $481,519

Rent Zestimate®: $2,450 /mo

**EST. REFI PAYMENT**

Est. Refi Payment: $1,776/mo

See current rates

## Home Shoppers are Waiting

139 shoppers are looking in your neighborhood and price range.

- Your name
- Phone
- Email

I own this home and would like to ask an agent about selling 303 23rd Ave S APT 606, Seattle, WA

Contact Agent

Or call 206-539-0271 for more info

*Note: This property is not currently for sale or for rent. The description below may be from a previous listing.*

Midrise contemporary condo unit 6 floirs

Exhibit A

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Reynaldo** **D** **Vinluan** |
| | First Name  Middle Name  Last Name |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name |
| United States Bankruptcy Court for the: **WESTERN DIST. OF WASHINGTON** | |
| Case number (if known) **17-14070** | ☑ Check if this is an amended filing |

Official Form 106Dec

## Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

x *Reynaldo D. Vinluan* x _____
Reynaldo D Vinluan, Debtor 1      Signature of Debtor 2

Date **11/17/2017**      Date _____
MM / DD / YYYY                  MM / DD / YYYY