Honorable Christopher M. Alston
Hearing date: January 26, 2018
Hearing time: 9:30 a.m.
Response date: January 19, 2018
Chapter 7
Location: Seattle

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>REYNALDO VINLUAN,<br><br>                 Debtor. | No. 17-14070<br><br>DECLARATION OF TYRONE BAFARO IN SUPPORT OF TRUSTEE'S RESPONSES AND OBJECTIONS TO DEBTOR'S MOTIONS |

Tyrone Bafaro, declares and states as follows:

1. I am a real estate agent employed by Chad Tharp with Keller Williams Eastside, the real estate agent for the Trustee herein, have testimonial knowledge of the facts set forth in this declaration and am competent to testify thereto.

2. In mid-December 2017, I contacted the debtor and examined the premises located at 303 23rd Ave S, #606, Seattle, WA. Based on my review of this condominium unit (which is a one bedroom, one bathroom unit and is approximately 670 square feet), I concluded that the value and appropriate list price was $380,000.00 in December 2017. In my professional opinion, the values contained on Zillow are untrustworthy and are not the result of any comparative market analysis. I understand that the debtor in this case contends that the value of the condo,

//

//

//

**DECLARATION OF TYRONE BAFARO IN SUPPORT OF TRUSTEE'S RESPONSES AND OBJECTIONS TO DEBTOR'S MOTIONS - 1**

KATHRYN A. ELLIS, ESQ.
5506 6th Ave S
Suite 207
Seattle, WA 98108
(206) 682-5002

based on a Zillow Zestimate, was $481,519.00 in October 2017.  In my professional opinion, the one bedroom, one bathroom condominium was not worth that amount, then or now.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT.

Dated this 19th day of January, 2018 at Kirkland, Washington.

By: /s/ Tyrone Bafaro
Tyrone Bafaro

C:\Shared\KAE\Dox\Vinluan\abandon_Bafaro_dec.wpd

**DECLARATION OF TYRONE BAFARO IN SUPPORT OF TRUSTEE'S RESPONSES AND OBJECTIONS TO DEBTOR'S MOTIONS - 2**

KATHRYN A. ELLIS, ESQ.
5506 6th Ave S
Suite 207
Seattle, WA 98108
(206) 682-5002