UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE:<br><br>REYNALDO VINLUAN,<br><br>Debtor. | Case No. 17-14070<br><br>Chapter: 7<br><br>EX PARTE MOTION FOR ORDER ALLOWING OVERLENGTH REPLY BRIEFS |

Debtor Reynaldo Vinluan, by and through counsel, hereby move the Court *ex parte* for an order allowing him to file three overlength briefs, (1) a Reply in Support of Debtor's Motion Authorizing the Court to Accept Tender of Funds into the Court Registry, (2) Reply in Support of Debtor's Motion to Bring the Chapter 7 Trustee's Objection to Exemption Before the Court, and (3) Reply in Support of Debtor's Motion for Order Authorizing Trustee to Abandon Property of the Estate.

The reply brief for the Tender motion is four pages and the other two briefs are between two and three pages, and pursuant to Local Rule 9013-1(d), they cannot exceed 1 ½ pages (Respondents file three-page briefs in response to each motion). Debtor's need just a few extra pages to fully address for the court.

WHREFORE, Reynaldo Vinluan requests that this Court enter an order authorizing him to file his three overlength briefs.

DATED this January 23, 2017     HENRY & DeGRAAFF, P.S.
By: */s/ Christina L. Henry*
Christina L. Henry, WSBA #31273
Attorney for the Debtor

EX PARTE MOTION FOR OVERLENGTH BRIEF - 1

**HENRY & DEGRAAFF, P.S.**
150 NICKERSON ST, STE 311
SEATTLE, WASHINGTON 98109
telephone (206) 330-0595
fax (206) 400-7609

Case 17-14070-CMA    Doc 52    Filed 01/23/18    Ent. 01/23/18 11:48:53    Pg. 1 of 1