**Below is the Order of the Court.**

:opher M. Alston
Chapter 7
Hearing Date: *Ex Parte*

**Christopher M. Alston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

IN RE:

REYNALDO VINLUAN,

Debtor.

Case No. 17-14070

Chapter: 7

ORDER ALLOWING OVERLENGTH
REPLY BRIEFS

This matter came on for hearing *ex parte* on Debtor's motion for an order allowing the

Debtor to file three overlength reply briefs, and the Court having reviewed Debtor's motion, and

concluding that such relief should be granted,

NOW, THEREFORE, it is ORDERED that the Debtor is authorized to file three

overlength reply briefs for (1) a Reply in Support of Debtor's Motion Authorizing the Court to

Accept Tender of Funds into the Court Registry, (2) Reply in Support of Debtor's Motion to Bring

the Chapter 7 Trustee's Objection to Exemption Before the Court, and (3) Reply in Support of

Debtor's Motion for Order Authorizing Trustee to Abandon Property of the Estate.

/// End of Order ///

Presented by:

HENRY & DeGRAAFF, P.S.
By: */s/ Christina L. Henry*
Christina L. Henry, WSBA #31273
Attorney for the Debtor

EX PARTE ORDER ALLOWING FILING OF
OVERLENGTH BRIEF - 1

HENRY & DeGRAAFF, P.S.
150 NICKERSON ST, STE 311
SEATTLE, WASHINGTON 98109
telephone (206) 330-0595
fax (206) 400-7609