UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re | No. 17-14070 |
| REYNALDO VINLUAN, | *EX PARTE* MOTION FOR 2004 EXAMINATION |
| Debtor. | |

COMES NOW the Chapter 7 Bankruptcy Trustee, Edmund J. Wood, by and through the undersigned attorneys, and moves the Court pursuant to Bankruptcy Rule 2004 for an order allowing the examination of LCS Financial Services Corporation.

This motion is based on the records and files herein and the Declaration of Kathryn A. Ellis in support thereof.

Dated this 24th day of January, 2018.

/s/ Kathryn A. Ellis
Kathryn A. Ellis, WSBA #14333
Attorney for Trustee

C:\Shared\KAE\Dox\Vinluan\2004_mot.wpd

KATHRYN A. ELLIS, ESQ.
5506 6th Ave S
Suite 207
Seattle, WA 98108
(206)682-5002

*EX PARTE* MOTION FOR 2004 EXAMINATION - 1