Honorable Christopher M. Alston
Chapter 7
Location: Seattle

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>REYNALDO VINLUAN,<br><br>                     Debtor. | No. 17-14070<br><br>DECLARATION IN SUPPORT OF *EX PARTE* MOTION FOR 2004 EXAMINATION |

Kathryn A. Ellis declares and states as follows:

1. I am the attorney for the Chapter 7 Trustee herein, have testimonial knowledge of the facts set forth in this declaration and am competent to testify thereto. This declaration is made in support of the Trustee's request for a 2004 examination of LCS Financial Services Corporation.

2. The Trustee is investigating the validity of the underlying debt for the second position lien given the lender's failure to enforce the same for over six years.

3. In accordance with the above, the Court is requested to allow the examination of LCS Financial Services Corporation pursuant to BR 2004.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT.

Dated this 24th day of January, 2018 at Seattle, Washington.

                                                /s/ Kathryn A. Ellis
                                                Kathryn A. Ellis

C:\Shared\KAE\Dox\Vinluan\2004_dec.wpd

**DECLARATION IN SUPPORT OF *EX PARTE*
MOTION FOR 2004 EXAMINATION - 1**

KATHRYN A. ELLIS, ESQ.
5506 6th Ave S
Suite 207
Seattle, WA 98108
(206)682-5002