**Below is the Order of the Court.**

_____
**Christopher M. Alston
U.S. Bankruptcy Judge
(Dated as of Entered on Docket date above)**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re | No. 17-14070 |
| REYNALDO VINLUAN, | *EX PARTE* ORDER FOR 2004 EXAMINATION |
| Debtor. | |

THIS MATTER having come on before the Honorable Christopher M. Alston of the above-entitled Court upon the Motion of the Trustee to examine LCS Financial Services Corporation pursuant to Bankruptcy Rule 2004, the Court being advised in the premises, now therefore

//

//

//

*EX PARTE* **ORDER FOR 2004 EXAMINATION - 1**

KATHRYN A. ELLIS, ESQ.
5506 6th Ave S
Suite 207
Seattle, WA 98108
(206)682-5002

**Below is the Order of the Court.**

IT IS HEREBY ORDERED that the motion for examination is granted and the examination pursuant to Bankruptcy Rule 2004 of LCS Financial Services Corporation is allowed. Attendance and production of documents may be compelled via Rules 2004 (c) and 9016 FRBP pursuant to a subpoena, and a minimum of ten (10) days notice shall be provided.

///End of Order///

Presented by:

/s/ Kathryn A. Ellis
Kathryn A. Ellis, WSBA #14333
Attorney for Trustee
C:\Shared\KAE\Dox\Vinluan\2004_ord.wpd

***EX PARTE* ORDER FOR 2004 EXAMINATION - 1**

KATHRYN A. ELLIS, ESQ.
5506 6th Ave S
Suite 207
Seattle, WA 98108
(206)682-5002