**Below is the Order of the Court.**

Christopher M. Alston
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re

REYNALDO VINLUAN,

Debtor.

No. 17-14070

ORDER ON MOTION TO APPROVE SETTLEMENT

THIS MATTER having come on before the before the Honorable Christopher M. Alston of the above entitled Court upon the Trustee's Motion to Approve Settlement between the estate and the debtor, the Court having reviewed the records and files herein, and any response thereto, now therefore

IT IS HEREBY ORDERED that the Trustee's motion at ECF No. 77 is granted and the settlement attached to the Trustee's Declaration at ECF No. 79 is approved.

///End of Order///

Presented by:

/s/ Kathryn A. Ellis
Kathryn A. Ellis, WSBA #14333
Attorney for Trustee
C:\Shared\KAE\Dox\Vinluan\settle_ord.wpd

KATHRYN A. ELLIS, ESQ.
5506 6th Ave S
Suite 207
Seattle, WA 98108
(206) 682-5002

ORDER ON MOTION TO APPROVE SETTLEMENT - 1