Judge Christopher M. Alston
Chapter 7

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON **AT SEATTLE**

In re:

VINLUAN, REYNALDO D

Debtor(s).

No. 17-14070-CMA

**REPORT ON FUNDS RECEIVED**

COMES NOW the Trustee, Edmund Wood, and submits this Report on Fund Received. The Estate has received $62,500 the debtor which is subject to court approval (see docket 77); hearing set for July 27, 2018.

DATED July 25, 2018

                         */s/ Edmund Wood*
                         Edmund Wood, WSB # 03695

REPORT ON SALE

Page 1

**Wood & Jones, P.S.**
303 N. 67th Street
Seattle WA 98103
(206) 623-4382

Case 17-14070-CMA    Doc 84    Filed 07/25/18    Ent. 07/25/18 16:21:27    Pg. 1 of 1